**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: TANSIL EDWARD PORTER AND KELLY NICHOLE PORTER, Debtors.** | **CASE NO. 26-14340-JDW** <br> **CHAPTER 12** |

# APPLICATION TO EMPLOY THE ROLLINS LAW FIRM, PLLC AS COUNSEL FOR THE DEBTORS IN POSSESSION

Tansil Edward Porter and Kelly Nichole Porter (the "Debtors"), as debtors in possession, apply under 11 U.S.C. §§ 327(a) and 1203, Federal Rule of Bankruptcy Procedure 2014, and Miss. Bankr. L.R. 2014-1 for authority to employ The Rollins Law Firm, PLLC (the "Firm"), with Thomas C. Rollins, Jr. as the responsible attorney, and state:

1. The Debtors commenced this joint Chapter 12 case on November 18, 2026, and remain in possession of their property. Their reorganization concerns farming and related dirt-work operations conducted under the trade name Porter Farms.

2. The Debtors need bankruptcy counsel to address their duties as debtors in possession, continued operations, secured debt, seasonal financing, and formulation and confirmation of a Chapter 12 plan. They selected the Firm for its bankruptcy experience and familiarity with their business and financial affairs through its prepetition representation.

3. The Firm will prepare bankruptcy filings; represent the Debtors at the meeting of creditors and hearings; address cash collateral and operating credit; negotiate with creditors; prepare and seek confirmation of a plan; handle claim objections, valuation and stay-relief matters, and bankruptcy requests concerning asset sales or leases; advise on reporting duties; and provide post-confirmation services and prepare fee applications within the scope of the engagement.

4. The Debtors signed the fee agreement on September 8, 2026. The engagement excludes adversary proceedings, appeals, proceedings after conversion, nonbankruptcy litigation, real estate closings, tax-return preparation, and prosecution of the potential equipment, warranty, dealer, and finance-company claims, except for bankruptcy disclosure and coordination of necessary bankruptcy approvals.

5. The Firm will bill Thomas C. Rollins, Jr.'s services at $400.00 per hour and Jennifer Curry Calvillo's services at the reduced rate of $360.00 per hour, in one-tenth-hour increments, consistent with the compensation disclosure filed at Dkt. 1, pages 56–57. Reasonable actual expenses are charged separately without markup.

6. The Firm received $360.00 from the Debtors on June 11, 2026, for prepetition legal services and a $10,000.00 advance fee deposit on September 8, 2026, for total receipts of $10,360.00. Before filing, the Firm applied the entire advance to earned prepetition fees reflected in Invoice 9727, totaling $10,096.00, and waived the remaining $96.00. No advance remains in trust, and the Firm holds no claim against either Debtor for unpaid prepetition fees.

7. Additional compensation and reimbursement are expected to be paid through the confirmed Chapter 12 plan or as otherwise authorized by the Court. All compensation and reimbursement remain subject to 11 U.S.C. §§ 329, 330 and 331, Rule 2016, and applicable local rules. Under Miss. Bankr. L.R. 2014-1(a)(1), approval of the fee contract or compensation requires a separate application and order.

8. The accompanying affidavit, Exhibit A, discloses the Firm's connections, including its joint representation of the Debtors and Mr. Rollins's service as a Chapter 7 panel trustee in unrelated cases. As stated in the affidavit, the Firm and Mr. Rollins are disinterested persons under 11 U.S.C. § 101(14) and do not hold or represent an interest adverse to either estate.

9. The Debtors request employment effective as of the filing of this Application. The Firm's services are needed from the outset to address operating authority and financing and to meet the Debtors' duties and deadlines.

WHEREFORE, the Debtors request an order approving employment of The Rollins Law Firm, PLLC, with Thomas C. Rollins, Jr. as the responsible attorney, as counsel for the Debtors in possession, effective as of the filing of this Application.

Respectfully submitted,
Tansil Edward Porter and
Kelly Nichole Porter,
Debtors in Possession

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors