**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: TANSIL EDWARD PORTER AND** **CASE NO. 26-14340-JDW**
**KELLY NICHOLE PORTER,**
**Debtors.** **CHAPTER 12**

---

**AFFIDAVIT OF THOMAS C. ROLLINS, JR.**
**IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL**

---

STATE OF MISSISSIPPI
COUNTY OF Hinds

Personally appeared before me, the undersigned authority, Thomas C. Rollins, Jr., who, being duly sworn, states:

1. I am an attorney licensed in Mississippi, Mississippi Bar No. 103469, and a member of The Rollins Law Firm, PLLC. I am authorized to make this affidavit for the Firm. These statements are based on my personal knowledge and review of the Firm's records.

2. The Firm represents Tansil Edward Porter and Kelly Nichole Porter in this Chapter 12 case. I will be the responsible attorney. The Firm's prepetition work has made me familiar with their farming and dirt-work operations and financial affairs. The Firm has the experience and resources to perform the services described in the Application.

3. Both Debtors signed the fee agreement and initialed its joint-representation disclosure and consent. I am not aware of an actual conflict between them that prevents this representation. I will continue to evaluate their respective interests as the case proceeds.

4. I serve as a Chapter 7 panel trustee in the Northern District of Mississippi in unrelated cases. In that capacity and in my bankruptcy practice, I have ordinary professional dealings with the United States Trustee and employees of that office, bankruptcy trustees, and attorneys and other professionals appearing before this Court. I am not serving as trustee in this case.

5. After review of the Debtors' creditor and party information and the Firm's records, other than the representation, compensation arrangement, and professional connections disclosed here, I am not aware of any connections of the Firm or myself with the Debtors, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or persons employed in that office requiring disclosure under Rule 2014.

6. Neither I nor the Firm holds or represents an interest adverse to either estate. Neither I nor the Firm is a creditor, equity security holder, or insider of either Debtor, or was an officer, director, or employee of either Debtor within two years before filing. Neither has an interest materially adverse to either estate or any class of creditors or equity security holders by reason of a relationship with the Debtors or for any other reason. The Firm and I are disinterested persons under 11 U.S.C. § 101(14).

7. My hourly rate is $400.00. Jennifer Curry Calvillo's services are billed at the reduced hourly rate of $360.00. Time is recorded in one-tenth-hour increments. Actual reasonable expenses are charged separately without markup.

8. The Firm received $360.00 from the Debtors on June 11, 2026, for prepetition legal services and a $10,000.00 advance fee deposit from the Debtors on September 8, 2026. Total receipts were $10,360.00. Before filing, the Firm applied the entire $10,000.00 advance to earned prepetition fees reflected in Invoice 9727, totaling $10,096.00. No portion remains in trust. The Firm waived the remaining $96.00 and holds no claim against either Debtor for unpaid prepetition fees. This treatment is disclosed at Dkt. 1, pages 56–57.

9. Additional compensation and reimbursement are expected to be paid through the confirmed Chapter 12 plan or other Court authorization, subject to allowance. The Firm will maintain itemized time and expense records and account for all payments.

10. Neither I nor the Firm has shared or agreed to share compensation for this representation with any person other than members or regular associates of the Firm. No other payment or compensation arrangement exists for this representation.

11. I will promptly supplement these disclosures if additional connections or material changes become known. The Firm will comply with 11 U.S.C. § 329 and Rule 2016(b).

JR
____________________________
Thomas C. Rollins, Jr.

SWORN TO AND SUBSCRIBED before me on this 18 day of November, 2026.

____________________________
NOTARY PUBLIC
My Commission Expires: ____________

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 126812
GRAYSON MORRISON
Commission Expires
Feb. 26, 2027
MADISON COUNTY