# EXHIBIT A
# PORTER FARMS OPERATING CASH PROJECTION

Case 26-14340-JDW | Nov 2026 through Feb 2027 | Amounts in dollars

| Cash item | Nov 2026 | Dec 2026 | Jan 2027 | Feb 2027 |
|---|---|---|---|---|
| Opening cash | 50,000.00 | 63,114.44 | 37,981.84 | 138,998.24 |
| Crop collections | — | — | — | — |
| Dirt-work receipts | 20,811.72 | 3,511.72 | 3,511.72 | 3,511.72 |
| Net wages | 3,487.77 | 3,487.77 | 3,487.77 | 3,487.77 |
| ARM cash advance | — | — | 180,000.00 | — |
| **Total cash receipts** | **24,299.49** | **6,999.49** | **186,999.49** | **6,999.49** |
| Farm operating purchases | — | 27,002.00 | 80,853.00 | 27,237.00 |
| Less Triangle supplier credit | — | — | — | (1,745.40) |
| Farm operating cash payments | — | 27,002.00 | 80,853.00 | 25,491.60 |
| Dirt-work fuel and repairs | 7,284.05 | 1,229.09 | 1,229.09 | 1,229.09 |
| Household expenses | 3,901.00 | 3,901.00 | 3,901.00 | 3,901.00 |
| Bank of Commerce installment | — | — | — | 76,998.32 |
| Trustee payment — November 15 | — | — | — | — |
| ARM / Triangle principal | — | — | — | — |
| ARM / Triangle interest | — | — | — | — |
| **Total cash payments** | **11,185.05** | **32,132.09** | **85,983.09** | **107,620.01** |
| Net change in cash | 13,114.44 | (25,132.60) | 101,016.40 | (100,620.52) |
| **Closing cash** | **63,114.44** | **37,981.84** | **138,998.24** | **38,377.72** |

The November 2026 column is a full-month forecast using projected November 1 opening cash of $50,000.00; scheduled debtor cash on November 18 is $49,816.38. Earlier expenditures reduce the applicable monthly limits. Cash-collateral authority is prospective.

Cash-collateral authority is limited to operating and household expenses. ARM advances, Triangle supplier credit, debt service and Trustee payments are projections subject to separate Court approval or a confirmed plan. Triangle credit reduces supplier payments and is not a cash receipt.

# EXHIBIT A
# PORTER FARMS OPERATING CASH PROJECTION

Case 26-14340-JDW | Mar 2027 through Jun 2027 | Amounts in dollars

| Cash item | Mar 2027 | Apr 2027 | May 2027 | Jun 2027 |
|---|---|---|---|---|
| Opening cash | 38,377.72 | 15,004.36 | 128.20 | 9,246.50 |
| Crop collections | — | — | — | — |
| Dirt-work receipts | 20,811.72 | 20,811.72 | 18,682.90 | 6,572.90 |
| Net wages | 3,487.77 | 3,487.77 | 3,487.77 | 3,487.77 |
| ARM cash advance | — | — | — | — |
| **Total cash receipts** | **24,299.49** | **24,299.49** | **22,170.67** | **10,060.67** |
| Farm operating purchases | 100,906.00 | 91,827.00 | 2,612.40 | 5,860.00 |
| Less Triangle supplier credit | (64,418.20) | (63,836.40) | — | — |
| Farm operating cash payments | 36,487.80 | 27,990.60 | 2,612.40 | 5,860.00 |
| Dirt-work fuel and repairs | 7,284.05 | 7,284.05 | 6,538.97 | 2,300.50 |
| Household expenses | 3,901.00 | 3,901.00 | 3,901.00 | 3,901.00 |
| Bank of Commerce installment | — | — | — | — |
| Trustee payment — November 15 | — | — | — | — |
| ARM / Triangle principal | — | — | — | — |
| ARM / Triangle interest | — | — | — | — |
| **Total cash payments** | **47,672.85** | **39,175.65** | **13,052.37** | **12,061.50** |
| Net change in cash | (23,373.36) | (14,876.16) | 9,118.30 | (2,000.83) |
| **Closing cash** | **15,004.36** | **128.20** | **9,246.50** | **7,245.67** |

The November 2026 column is a full-month forecast using projected November 1 opening cash of $50,000.00; scheduled debtor cash on November 18 is $49,816.38. Earlier expenditures reduce the applicable monthly limits. Cash-collateral authority is prospective.

Cash-collateral authority is limited to operating and household expenses. ARM advances, Triangle supplier credit, debt service and Trustee payments are projections subject to separate Court approval or a confirmed plan. Triangle credit reduces supplier payments and is not a cash receipt.

# EXHIBIT A
# PORTER FARMS OPERATING CASH PROJECTION

Case 26-14340-JDW | Jul 2027 through Oct 2027 | Amounts in dollars

| Cash item | Jul 2027 | Aug 2027 | Sep 2027 | Oct 2027 |
|---|---|---|---|---|
| Opening cash | 7,245.67 | 4,544.84 | 12,039.34 | 19,819.14 |
| Crop collections | — | — | — | — |
| Dirt-work receipts | 6,572.90 | 18,682.90 | 18,682.90 | 18,682.90 |
| Net wages | 3,487.77 | 3,487.77 | 3,487.77 | 3,487.77 |
| ARM cash advance | — | — | — | — |
| **Total cash receipts** | **10,060.67** | **22,170.67** | **22,170.67** | **22,170.67** |
| Farm operating purchases | 6,560.00 | 4,236.20 | 3,950.90 | 13,734.50 |
| Less Triangle supplier credit | — | — | — | — |
| Farm operating cash payments | 6,560.00 | 4,236.20 | 3,950.90 | 13,734.50 |
| Dirt-work fuel and repairs | 2,300.50 | 6,538.97 | 6,538.97 | 6,538.97 |
| Household expenses | 3,901.00 | 3,901.00 | 3,901.00 | 3,901.00 |
| Bank of Commerce installment | — | — | — | — |
| Trustee payment — November 15 | — | — | — | — |
| ARM / Triangle principal | — | — | — | — |
| ARM / Triangle interest | — | — | — | — |
| **Total cash payments** | **12,761.50** | **14,676.17** | **14,390.87** | **24,174.47** |
| Net change in cash | (2,700.83) | 7,494.50 | 7,779.80 | (2,003.80) |
| **Closing cash** | **4,544.84** | **12,039.34** | **19,819.14** | **17,815.34** |

The November 2026 column is a full-month forecast using projected November 1 opening cash of $50,000.00; scheduled debtor cash on November 18 is $49,816.38. Earlier expenditures reduce the applicable monthly limits. Cash-collateral authority is prospective.

Cash-collateral authority is limited to operating and household expenses. ARM advances, Triangle supplier credit, debt service and Trustee payments are projections subject to separate Court approval or a confirmed plan. Triangle credit reduces supplier payments and is not a cash receipt.

# EXHIBIT A
# PORTER FARMS OPERATING CASH PROJECTION

Case 26-14340-JDW | Nov 2027 through Dec 2027 | Amounts in dollars

| Cash item | Nov 2027 | Dec 2027 |
|---|---|---|
| Opening cash | 17,815.34 | 64,498.24 |
| Crop collections | 495,515.00 | — |
| Dirt-work receipts | 18,682.90 | 1,382.85 |
| Net wages | 3,487.77 | 3,487.77 |
| ARM cash advance | — | — |
| **Total cash receipts** | **517,685.67** | **4,870.62** |
| Farm operating purchases | — | 27,002.00 |
| Less Triangle supplier credit | — | — |
| Farm operating cash payments | — | 27,002.00 |
| Dirt-work fuel and repairs | 6,538.97 | 484.02 |
| Household expenses | 3,901.00 | 3,901.00 |
| Bank of Commerce installment | — | — |
| Trustee payment — November 15 | 121,000.00 | — |
| ARM / Triangle principal | 310,000.00 | — |
| ARM / Triangle interest | 29,562.80 | — |
| **Total cash payments** | **471,002.77** | **31,387.02** |
| Net change in cash | 46,682.90 | (26,516.40) |
| **Closing cash** | **64,498.24** | **37,981.84** |

The November 2026 column is a full-month forecast using projected November 1 opening cash of $50,000.00; scheduled debtor cash on November 18 is $49,816.38. Earlier expenditures reduce the applicable monthly limits. Cash-collateral authority is prospective.

Cash-collateral authority is limited to operating and household expenses. ARM advances, Triangle supplier credit, debt service and Trustee payments are projections subject to separate Court approval or a confirmed plan. Triangle credit reduces supplier payments and is not a cash receipt.