**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: TANSIL EDWARD PORTER AND KELLY NICHOLE PORTER, Debtors.** | **CASE NO. 26-14340-JDW** <br> **CHAPTER 12** |

## CERTIFICATE OF SERVICE

I certify that on November 20, 2026, I served a true and correct copy of the Hearing Notice and the Application to Employ The Rollins Law Firm, PLLC as Counsel for the Debtors in Possession and the he supporting affidavit to the following:

By USPS First Class Mail, Postage Prepaid:

All parties listed on the attached master mailing list

By Electronic CM/ECF Notice:

Jarold J. Barkley, Chapter 12 Trustee

U.S. Trustee

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

TANSIL EDWARD PORTER
KELLY NICHOLE PORTER

CASE NO: 26-14340

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 12

On 11/20/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Application to Employ

Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>TANSIL EDWARD PORTER<br>KELLY NICHOLE PORTER | CASE NO: 26-14340<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 12 |

On 11/20/2026, a copy of the following documents, described below,

Hearing Notice and Application to Employ

Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/20/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-14340-JDW
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
FRI NOV 20 09-34-17 CST 2026

BANK OF COMMERCE
167 COURT SQUARE
CHARLESTON MS 38921-2393

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 5069~~
~~JACKSON MS 39296-5069~~

BROOKLYN PORTER
3304 FORTY MILE BEND RD
PHILIPP MS 38950-3153

CFNA
ATTN BANKRUPTCY
BK11CUSTOMER SERVICE
PO BOX 81315
CLEVELAND OH 44181-0315

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE AUTO FINANCE
ATTN BANKRUPTCY
700 KANSAS LANE LA4 - 4025
MONROE LA 71203-4774

CITICORPTRAC
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS MO 63179-0046

CNH INDUSTRIAL CAPITAL
ATTN BANKRUPTCY
PO BOX 63048
NEWARK NJ 07101-8065

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

DISCOVERCAP1
PO BOX 31293
SALT LAKE CITY UT 84131-0293

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

ELEMENTS FINANCIAL
ATTN BANKRUPTCY
225 S EAST ST STE 300
INDIANAPOLIS IN 46202-4059

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA PA 19176-0379

GUARANTY BANK TRUST
PO BOX 657
BELZONI MS 39038-0657

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
ETHRIDGE BUILDING
900 JEFFERSON AVE
OXFORD MS 38655-3608

JOHN DEERE FINANCIAL
6400 NW 68TH ST
JOHNSTON IA 50131

(P)DEERE CREDIT SERVICES INC
ATTN LITIGATION RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

PLANET HOME LENDING LLC
321 RESEARCH PARKWAY
SUITE 303
MERIDEN CT 06450-8342

KELLY NICHOLE PORTER
3304 FORTY MILE BEND RD
PHILIPP MS 38950-3153

DEBTOR

TANSIL EDWARD PORTER
3304 FORTY MILE BEND RD
PHILIPP MS 38950-3153

~~EXCLUDE~~

~~THOMAS C ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

SHEFFIELD
SHEFFIELD FINANCIAL ATTN BANKRUPTCY
PO BOX 25127
WINSTON-SALEM NC 27114-5127

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

~~EXCLUDE~~

SYNCHRONY BANKGAP
ATTN BANKRUPTCY DEPT
PO BOX 965065
ORLANDO FL 32896-5065

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS MI 48333-9223

~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

CM/ECF hrg11
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Tansil Edward Porter and Kelly Nichole Porter<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−14340−JDW<br>Chapter: 12<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 1/20/27 at 10:30 AM

Responses Due: 12/15/26

to consider and act upon the following:

***4*** − Application to Employ Thomas C. Rollins, Jr., of The Rollins Law Firm, PLLC as Counsel Filed by Thomas C. Rollins Jr. on behalf of Kelly Nichole Porter, Tansil Edward Porter. (Attachments: # 1 Affidavit) (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 11/19/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: SI
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: TANSIL EDWARD PORTER AND KELLY NICHOLE PORTER, Debtors.** **CASE NO. 26-14340-JDW**

**CHAPTER 12**

---

**APPLICATION TO EMPLOY THE ROLLINS LAW FIRM, PLLC AS COUNSEL FOR THE DEBTORS IN POSSESSION**

---

Tansil Edward Porter and Kelly Nichole Porter (the “Debtors”), as debtors in possession, apply under 11 U.S.C. §§ 327(a) and 1203, Federal Rule of Bankruptcy Procedure 2014, and Miss. Bankr. L.R. 2014-1 for authority to employ The Rollins Law Firm, PLLC (the “Firm”), with Thomas C. Rollins, Jr. as the responsible attorney, and state:

1. The Debtors commenced this joint Chapter 12 case on November 18, 2026, and remain in possession of their property. Their reorganization concerns farming and related dirt-work operations conducted under the trade name Porter Farms.

2. The Debtors need bankruptcy counsel to address their duties as debtors in possession, continued operations, secured debt, seasonal financing, and formulation and confirmation of a Chapter 12 plan. They selected the Firm for its bankruptcy experience and familiarity with their business and financial affairs through its prepetition representation.

3. The Firm will prepare bankruptcy filings; represent the Debtors at the meeting of creditors and hearings; address cash collateral and operating credit; negotiate with creditors; prepare and seek confirmation of a plan; handle claim objections, valuation and stay-relief matters, and bankruptcy requests concerning asset sales or leases; advise on reporting duties; and provide post-confirmation services and prepare fee applications within the scope of the engagement.

4. The Debtors signed the fee agreement on September 8, 2026. The engagement excludes adversary proceedings, appeals, proceedings after conversion, nonbankruptcy litigation, real estate closings, tax-return preparation, and prosecution of the potential equipment, warranty, dealer, and finance-company claims, except for bankruptcy disclosure and coordination of necessary bankruptcy approvals.

5. The Firm will bill Thomas C. Rollins, Jr.'s services at $400.00 per hour and Jennifer Curry Calvillo's services at the reduced rate of $360.00 per hour, in one-tenth-hour increments, consistent with the compensation disclosure filed at Dkt. 1, pages 56–57. Reasonable actual expenses are charged separately without markup.

6. The Firm received $360.00 from the Debtors on June 11, 2026, for prepetition legal services and a $10,000.00 advance fee deposit on September 8, 2026, for total receipts of $10,360.00. Before filing, the Firm applied the entire advance to earned prepetition fees reflected in Invoice 9727, totaling $10,096.00, and waived the remaining $96.00. No advance remains in trust, and the Firm holds no claim against either Debtor for unpaid prepetition fees.

7. Additional compensation and reimbursement are expected to be paid through the confirmed Chapter 12 plan or as otherwise authorized by the Court. All compensation and reimbursement remain subject to 11 U.S.C. §§ 329, 330 and 331, Rule 2016, and applicable local rules. Under Miss. Bankr. L.R. 2014-1(a)(1), approval of the fee contract or compensation requires a separate application and order.

8. The accompanying affidavit, Exhibit A, discloses the Firm's connections, including its joint representation of the Debtors and Mr. Rollins's service as a Chapter 7 panel trustee in unrelated cases. As stated in the affidavit, the Firm and Mr. Rollins are disinterested persons under 11 U.S.C. § 101(14) and do not hold or represent an interest adverse to either estate.

9. The Debtors request employment effective as of the filing of this Application. The Firm's services are needed from the outset to address operating authority and financing and to meet the Debtors' duties and deadlines.

WHEREFORE, the Debtors request an order approving employment of The Rollins Law Firm, PLLC, with Thomas C. Rollins, Jr. as the responsible attorney, as counsel for the Debtors in possession, effective as of the filing of this Application.

Respectfully submitted,
Tansil Edward Porter and
Kelly Nichole Porter,
Debtors in Possession

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtors

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: TANSIL EDWARD PORTER AND
KELLY NICHOLE PORTER,
Debtors.**

**CASE NO. 26-14340-JDW**

**CHAPTER 12**

---

**AFFIDAVIT OF THOMAS C. ROLLINS, JR.
IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL**

---

STATE OF MISSISSIPPI
COUNTY OF Hinds

Personally appeared before me, the undersigned authority, Thomas C. Rollins, Jr., who, being duly sworn, states:

1. I am an attorney licensed in Mississippi, Mississippi Bar No. 103469, and a member of The Rollins Law Firm, PLLC. I am authorized to make this affidavit for the Firm. These statements are based on my personal knowledge and review of the Firm's records.

2. The Firm represents Tansil Edward Porter and Kelly Nichole Porter in this Chapter 12 case. I will be the responsible attorney. The Firm's prepetition work has made me familiar with their farming and dirt-work operations and financial affairs. The Firm has the experience and resources to perform the services described in the Application.

3. Both Debtors signed the fee agreement and initialed its joint-representation disclosure and consent. I am not aware of an actual conflict between them that prevents this representation. I will continue to evaluate their respective interests as the case proceeds.

4. I serve as a Chapter 7 panel trustee in the Northern District of Mississippi in unrelated cases. In that capacity and in my bankruptcy practice, I have ordinary professional dealings with the United States Trustee and employees of that office, bankruptcy trustees, and attorneys and other professionals appearing before this Court. I am not serving as trustee in this case.

5. After review of the Debtors' creditor and party information and the Firm's records, other than the representation, compensation arrangement, and professional connections disclosed here, I am not aware of any connections of the Firm or myself with the Debtors, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or persons employed in that office requiring disclosure under Rule 2014.

6. Neither I nor the Firm holds or represents an interest adverse to either estate. Neither I nor the Firm is a creditor, equity security holder, or insider of either Debtor, or was an officer, director, or employee of either Debtor within two years before filing. Neither has an interest materially adverse to either estate or any class of creditors or equity security holders by reason of a relationship with the Debtors or for any other reason. The Firm and I are disinterested persons under 11 U.S.C. § 101(14).

7. My hourly rate is $400.00. Jennifer Curry Calvillo's services are billed at the reduced hourly rate of $360.00. Time is recorded in one-tenth-hour increments. Actual reasonable expenses are charged separately without markup.

8. The Firm received $360.00 from the Debtors on June 11, 2026, for prepetition legal services and a $10,000.00 advance fee deposit from the Debtors on September 8, 2026. Total receipts were $10,360.00. Before filing, the Firm applied the entire $10,000.00 advance to earned prepetition fees reflected in Invoice 9727, totaling $10,096.00. No portion remains in trust. The Firm waived the remaining $96.00 and holds no claim against either Debtor for unpaid prepetition fees. This treatment is disclosed at Dkt. 1, pages 56–57.

9. Additional compensation and reimbursement are expected to be paid through the confirmed Chapter 12 plan or other Court authorization, subject to allowance. The Firm will maintain itemized time and expense records and account for all payments.

10. Neither I nor the Firm has shared or agreed to share compensation for this representation with any person other than members or regular associates of the Firm. No other payment or compensation arrangement exists for this representation.

11. I will promptly supplement these disclosures if additional connections or material changes become known. The Firm will comply with 11 U.S.C. § 329 and Rule 2016(b).

________________________________
Thomas C. Rollins, Jr.

SWORN TO AND SUBSCRIBED before me on this 18 day of November, 2026.

________________________________
NOTARY PUBLIC
My Commission Expires: ____________

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 126812
GRAYSON MORRISON
Commission Expires
Feb. 26, 2027
MADISON COUNTY